LAW OFFICES OF
OSCAR SYGER
ATTORNEYS AT LAW
6815 Willow Woods Drive, Unit 4043, Boca Raton, FL 33434-3511
Telephone: (561) 599-0638
Email: oscarsyger1218@gmail.com / secretaryofoscarsyger@gmail.com
Website: https://www.sygerlaw.com

August 3, 2026

**Certified Mail**
**7019 1120 0001 6350 6170**

**Chair Jeff Brower**
**Volusia County**
123 W. Indiana Ave
DeLand, FL 32720

**Re:** Our Clients/Claimants: Monique DiFusco, (an individual) and Monique DiFusco, as executor de sons tort of the Estate of Joseph DiFusco (deceased)
Dates of Incidents: November 28, 2024

**Notification of Intention to Advance Claim**

Dear Mr. Brower,

This communication, delivered to **Jeff Brower as Chairman of Volusia County** in compliance with the pre-suit notification provisions contained in Fla. Stat. 768.28 (6) places **Volusia County** on notice of the intention of **Monique DiFusco, (an individual) and Monique DiFusco, as executor de sons tort of the Estate of Joseph DiFusco (deceased)** to seek redress against **Volusia County**. On or about **November 28, 2024**, one or more paramedic employed by **Volusia County**, acting under color of law and acting in course and scope of their employment, one or more EMT employed by **Volusia County** mishandled crisis intervention with **Mr. Joseph DiFusco** resulting in his death.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Joseph DiFusco (deceased)** is born in **Middletown, CT** on [redacted]**1968**. His Social Security number is [redacted]. **Mr. DiFusco** is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Ms. Monique DiFusco (daughter)**, is born in **Winter Park, FL** on [redacted]**1996**. Her Social Security number is [redacted]. **Ms. DiFusco** declares that she is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Mrs. Denise DiFusco (spouse)**, is born in **Hartford, CT** on [redacted]**1969**. Her Social Security number is [redacted]. **Mrs. DiFusco** declares that she is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Ms. L**[redacted] **D**[redacted] **(daughter)**, is born in **Hartford, CT** on [redacted]**2011**. Her Social Security number is [redacted]. **Ms. DiFusco** declares that she is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Mr. Vincent DiFusco (son)**, is born in **Jacksonville, FL** on [redacted]**1989**. His Social Security number is [redacted]. **Mr. DiFusco** declares that he is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Mr. N**[redacted] **D**[redacted] **(son)**, is born in **Hartford, CT** on [redacted]**2009**. His Social Security number is [redacted]. **Mr. DiFusco** declares that he is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

We call upon **Volusia County** to investigate this claim within the next six months as provided to it by law. If it is the intention of **Volusia County** to deny responsibility for this

claim, I respectfully call upon **Volusia County** to make it known to me this rejection before the end of the six-month statutory period. Finally, if you contend that this letter does not comply with the notice provisions contained in Chapter 768.28 of the Florida Statutes, I kindly request that an authorized representative of **Volusia County** immediately notify me of the claimed deficiencies in writing so that I may cure the alleged deficiencies.

Respectfully Submitted,

/s/ *Oscar Syger*

Oscar Syger, Esq.

CC.
**Blaise Ingoglia**
**Office of the Chief Financial Officer**
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399-0301

**Certified Mail R.R.R.**
**7019 1120 0001 6350 6156**

LAW OFFICES OF
OSCAR SYGER
ATTORNEYS AT LAW
6815 Willow Woods Drive, Unit 4043, Boca Raton, FL 33434-3511
Telephone: (561) 599-0638
Email: oscarsyger1218@gmail.com / secretaryofoscarsyger@gmail.com
Website: https://www.sygerlaw.com

August 3, 2026

**Certified Mail**
**7019 1120 0001 6350 6194**

**Sheriff Michael J. Chitwood**
**as Sheriff of Volusia Sheriff's Office**
123 W. Indiana Ave
4th Floor
DeLand, FL 32720

**Re:** Our Clients/Claimants: Monique DiFusco, (an individual) and Monique DiFusco, as executor de sons tort of the Estate of Joseph DiFusco (deceased)
Dates of Incidents: November 28, 2024

**Notification of Intention to Advance Claim**

Dear Sheriff Chitwood,

This communication, delivered to **Sheriff Michael J. Chitwood as Sheriff of Volusia Sheriff's Office** in compliance with the pre-suit notification provisions contained in Fla. Stat. 768.28 (6) places **Sheriff Michael J. Chitwood** on notice of the intention of **Monique DiFusco, (an individual) and Monique DiFusco, as executor de sons tort of the Estate of Joseph DiFusco (deceased)** to seek redress against **Sheriff Michael J. Chitwood**. On or about **November 28, 2024**, one or more law enforcement officers employed by **Sheriff Michael J. Chitwood**, acting under color of law and acting in course and scope of their employment, one or more deputy sheriffs mishandled crisis intervention with **Mr. Joseph DiFusco** resulting in his death.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Joseph DiFusco (deceased)** is born in **Middletown, CT** on **October 12, 1968**. His Social Security number is **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**. **Mr. DiFusco** is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Ms. Monique DiFusco (daughter)**, is born in **Winter Park, FL** on **January 4, 1996**. Her Social Security number is **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**. **Ms. DiFusco** declares that she is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Mrs. Denise DiFusco (spouse)**, is born in **Hartford, CT** on **October 14, 1969**. Her Social Security number is **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**. **Mrs. DiFusco** declares that she is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Ms. Lilah DiFusco (daughter)**, is born in **Hartford, CT** on **November 7, 2011**. Her Social Security number is **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**. **Ms. DiFusco** declares that she is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Mr. Vincent DiFusco (son)**, is born in **Jacksonville, FL** on **December 29, 1989**. His Social Security number is **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**. **Mr. DiFusco** declares that he is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

The following is furnished to you in additional compliance with the claim notification requirements of Fla. Stat. 768.28. **Mr. Nicholas DiFusco (son)**, is born in **Hartford, CT** on **June 11, 2009**. His Social Security number is **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**. **Mr. DiFusco** declares that he is not indebted to the state of Florida, nor to any of its agencies, subdivisions or other entities for any fines, penalties, or judgments in excess of $200.00.

We call upon **Sheriff Michael J. Chitwood** to investigate this claim within the next six months as provided to it by law. If it is the intention of **Sheriff Michael J. Chitwood** to deny responsibility for this claim, I respectfully call upon **Sheriff Michael J. Chitwood** to make it known to me this rejection before the end of the six-month statutory period. Finally, if you contend that this letter does not comply with the notice provisions contained in Chapter 768.28 of the Florida Statutes, I kindly request that an authorized representative of **Sheriff Michael J.**

**Chitwood** immediately notify me of the claimed deficiencies in writing so that I may cure the alleged deficiencies.

Respectfully Submitted,

/s/ *Oscar Syger*

Oscar Syger, Esq.

CC.
**Blaise Ingoglia**
**Office of the Chief Financial Officer**
Florida Department of Financial Services
200 East Gaines Street
Tallahassee, FL 32399-0301

**Certified Mail R.R.R.**
**7019 1120 0001 6350 6187**