IN THE CIRCUIT COURT, SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

IN RE: JOSEPH DIFUSCO, /

CASE NO.: 2024 11972 MHDL

## EX PARTE ORDER FOR INVOLUNTARY EXAMINATION

This matter came to before the Court pursuant to §394.463, Fla. Stat., and on the Petition and Affidavit Seeking Ex Parte Order Requiring Involuntary Examination, and the Court having reviewed the Petition and being fully advised in the premises, finds as follows:

2. The above-named person meets the following criteria for involuntary examination pursuant to §394.463, Fla. Stat.:

(a) He or she has a mental illness as defined in §394.455, Fla. Stat., and because of this mental illness:

[x] ( ) Has refused voluntary examination after conscientious explanation and disclosure of the purpose of placement for treatment; or

[ ] (ii) Is unable to determine for himself or herself whether examination is necessary, **AND**

(b) Either

[ ] (i) Without care or treatment, the above-named person is likely to suffer from neglect or refuse to care for himself or herself, and such neglect or refusal poses a real and present threat of substantial harm to his or her well-being and it is not apparent that such harm may be avoided through the help of willing family members or friends or the provision of other services; or

[x] (ii) There is substantial likelihood that without care or treatment the above-named person will cause serious bodily harm to [ ] himself or herself or [x] another person in the near future, as evidenced by recent behavior.

One of more Petitions/Affidavits Seeking Order Requiring Involuntary Examination on which the above conclusion is based are attached.

Additional information upon which this order is based is

Therefore, it is hereby ORDERED AND ADJUDGED:

That a law enforcement officer, or designated agent of the Court, take the above-named person into custody and deliver or arrange for the delivery of said person to a receiving facility for involuntary examination, and that this order and Petitions/Affidavits be made part of said person's clinical record. A law enforcement officer or agent may serve and execute this order on any day of



CF-MH 3001, Jul 2020
01/21

the week, at any time of the day or night. A law enforcement officer or agent may use such reasonable physical force as is necessary to gain entry to the premises, and any dwellings, buildings, or other structures located on the premises, and to take custody of the person who is the subject of this ex parte order.

This order expires 7 days after the date that the order is signed.

DONE AND ORDERED in Volusia County, Florida.

11/26/2024 4:05 PM 2024 11972 MHDL

David A. Cromartie

e-Signed 11/26/2024 4:05 PM 2024 11972 MHDL
DAVID A. CROMARTIE
Circuit Judge

CC: Volusia Sheriff's Office, Civil Division

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

IN RE: Joseph DiFusco
Respondent

CASE NO. 2024-11972 MHDL

2024 NOV 26 PM 2:52

SERVICE INFORMATION

**The purpose of this form is to aid with personal service. A completed copy of this form shall accompany any document(s) that requires personal service on the respondent. This document shall be completed by the petitioner and verified for completeness by the clerk.**

Is a picture of the respondent attached? ☐ No ☑ Yes

Service or Pickup Location: 5500 Ocean Shore Blvd. Unit 61 ~~Oce~~ Ormond Beach, FL 32176

Does the PERSON have access to weapons? ☐ No ☑ Yes If yes, describe: Pistol inherited from father-in-law when he passed; unsure of anything else

a. Should this PERSON be considered as violent? ☐ No ☑ Yes

b. Has this person been violent recently or in the past? ☑ No ☐ Yes

If yes to a or b, provide details: Three days ago threatened to kill wife & daughter; also recently pushed us a few times

If this person is homeless, provide name and contact information on who the sheriff can contact for more information along with any other details you can provide to assist in locating the respondent:
N/A

Provide as much as you know of the following information about the respondent:

| | | | | |
|---|---|---|---|---|
| Sex: | ☑ Male | ☐ Female | Race: White | Date of Birth: 10-12-68 |
| Height: 5'8" | Weight: 185 | Hair Color: Bald | Eye Color: Brown | SS#: NA |
| Respondent's DL or ID Number: NA | | | Issuing State: CT | |
| Distinguishing Marks (Tattoos, Scars, Birth Marks): Many scars on legs from shrapnel & bullets in military service | | | | |

Verified By C. Thomas (clerk staff)

IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA

IN RE: Joseph DiFusco CASE NO.: 2024-11972 MHDL

PETITION AND AFFIDAVIT SEEKING EX PARTE ORDER REQUIRING INVOLUNTARY EXAMINATION

I, Denise DiFusco, being duly sworn, am filing this sworn statement requesting a court order for the involuntary examination of:

Joseph DiFusco (hereinafter referred to as PERSON).

This petition and affidavit will be included in the PERSON'S clinical record and may be reviewed by the PERSON.

I understand that by filing out this form, the PERSON may be taken by law enforcement to a mental health facility for an examination.

I SWEAR that the answers to the following questions are given honestly, in good faith, and to the best of my knowledge.

1. a. I live at (Full Residence Address and Phone Number) Phone No. (860) 965-1958

Street: 5500 Ocean Shore Blvd. Unit 61 City: Ormond Beach

State: FL Zip Code: 32176

2024 NOV 26 PM 2:52

b. I work as a: Unemployed

Work address: ____ City: ____

State: ____ Zip Code: ____ Work Phone No.( )____

c. The PERSON lives at, or may be found at, the following address(es):

Street Address: 5500 Ocean Shore Blvd, Unit 61 City: Ormond Beach

Street Address: ____ City: ____

Street Address: ____ City: ____

2. I have the following relationship with the PERSON: Spouse

3. (Check the one box that applies)

☐ a. I, or a family member ☐ have or ☑ have not previously made allegations to law enforcement involving this PERSON on ____ such as domestic violence, trespassing, battery, child abuse or neglect, Baker Act, neighborhood disputes, etc. as described:

☐ b. This PERSON ☐ has or ☑ has not previously made allegations to law enforcement about me or my family on ______________________, such as domestic violence, trespassing, battery, child abuse or neglect, Baker Act, etc. as described:

4. **(Check the one box that applies)**

☑ a. I or a family member are not now, and have not in the past, been involved in a court case with the person.

☐ b. I or a family member am now, or was involved in a court case with the PERSON. This case is/was a:

Explain:

5. I am on good terms with the PERSON at the present time. ☐ Yes ☑ No. If no, explain:

He currently is extremely upset with me because I left without notice when he went to the store on 11/24th (and brought our daughter with me). I did this because he told us he would kill us if he had to on 11/23rd. I did not want to leave but was scared. We are currently living in our car.

6. I have known the PERSON for 17 years

☐ a. The PERSON has only recently displayed unusual kinds of behavior.

☑ b. The PERSON has, over a period of time, always acted in a strange manner. - Bipolar disorder & on + off, not consistently - Currently in manic psychosis - have never seen him this bad

☐ c. The PERSON'S behavior has developed over a period of time.

**COMPLETE THE FOLLOWING ONLY IF THE SECTION APPLIES TO THIS CASE:**

7. I have seen the following behavior, which causes me to believe that there is a good chance that the PERSON will cause bodily harm to himself/herself or others. On 11/23/24 at approximately 4:00 pm, I saw the PERSON:

He discussed with me and our daughter that we are spies and are receiving coded messages through Facebook and YouTube. He told us we need to get in line or if he has to he will kill us. "They" have told him he will have immunity if he does so. ~~If we~~ He said he does not want to do it and, while crying, asked →

"continue"

us to please not make him do it. He also said we may not know what we do to cause him to kill us. When we left he talked to his eldest daughter and did say he said he would kill us + that's why we left.

* Over the last 2 months we have seen him get progressively worse. He has talked about almost getting in fights in the community. He has had periods of high energy, rapid speech. Also periods of intense emotions, happy to crying. Over the last several days he has been more normal and even-keeled in his demeanor overall but continues to believe these irrational thoughts. He was calm + "rational" when he said he would kill us. He has the ability to appear stable at times even when he is not.

8. Other similar behavior I have personally seen is as follows:
Over the last month he has become more & volatile and irritable; he has hit myself and my daughter several times which is not typical behavior for him. He is becoming paranoid.

9. To my knowledge or belief, ☐ I do ☑ I do not believe these actions were a result of retardation, developmental disability, intoxication, or conditions resulting from antisocial behavior or substance abuse impairment.

**CHECK AND/OR ANSWER APPLICABLE SECTIONS**

10. ☑ a. I have attempted to get the PERSON to agree to seek assistance for a mental or emotional problem(s). explained the purpose of the examination (describe when, who was present, and whether you or another person explained the need for the examination): I have brought up the issue of getting hospital ~~Help~~ — he is not agreeable to it. He has Bipolar I rapid cycling and has been in the hospital before. He does not like hospitals. ~~and~~ He gets treatment through the VA - recently moved here in May - and has had treatment with mental health in CT but not established here yet. He has some valid trust issues with them. Currently he thinks he is ok and does not want help. He does not take his bipolar medication.

☐ b. I did not try to get the PERSON to agree to a voluntary examination because:

☐ c. The PERSON refused a voluntary examination because:

11. The following steps were taken to get the PERSON to go to a hospital for mental health care:
I mentioned it; ~~he~~ my step-daughter (adult) also mentioned it; today our daughter (13 yo) texted for him to seek help - ~~he is~~. ~~He ge~~

These steps did not work because: He gets upset at the mention of it - does not feel like he is unwell right now. He texted that he is cutting ties with our daughter for even ~~ing~~ suggesting it.

12. I believe the PERSON is unable to determine for himself/herself, why the examination is necessary because:
He is in manic psychosis. It has gotten progressively worse over the last 2 months. In our 17 years together I have never seen him this ill. He believes he is a new ~~for~~ species with 14 different types of synesthesia; he believes the family are spies. He believes we are going to be studied by scientists for our uniqueness. He believes we will have a global impact.

13. I believe that the PERSON has a mental illness which will keep the PERSON from being able to meet the ordinary demands of living because: He cannot differentiate between reality and his psychosis.

14. I believe that without care or treatment, the PERSON is likely to suffer from neglect or refuse to care for himself/herself because: He is completely wrapped up in this psychosis. He is getting little to no sleep between the bipolar mania and a pre-existing chronic profound insomnia problem.

15. I believe that this lack of care or neglect will lead to the PERSON hurting himself or herself because:
Possibly - he did microwave a piece of bread for 5 minutes - it caused a ton of smoke, no fire thankfully. May unintentionally cause harm to himself.

16. Can family or close friends now provide enough care to avoid harm to the PERSON?

☐ Yes ☑ No. If not, why? We are afraid of him. He has made threats to kill my daughter and I. He is unpredictable and unaware that his thinking is not normal.

* Please note that he has told me 3x he is in manic psychosis during this current episode. Only 1x he said he may not be able to fix it on his ~~[illegible]~~ own & seemed "clear" & was upset when I told him some of the things he was doing + saying. He was completely surprised and distressed by it and unaware of those actions. Unfortunately, he did not pursue outside help and believes he is seeing things clearly right now. He is currently extremely upset with me for "abandoning" him + posting stuff on Facebook; launching an attack on social media against me. I am not so concerned with that, I just want him to get help since he is getting worse and I worry about his safety and the safety of others.

**Provide the following indentifying information about the person (if known) because it may be determined necessary to take the person into custody for examination.**

County of Residence: Volusia Social Security # NA

Date of Birth: 10-12-68 Sex: ☑ Male ☐ Female Race: White

Picture of respondent attached: ☐ No ☑ Yes

Height: 5'8" Weight: 185 Hair Color: Bald Eye Color: Brown

Does the PERSON have access to any weapons? ☐ No ☑ Yes If yes, describe:

Pistol inherited from father-in-law when he passed away; unsure of anything else

Is the PERSON violent now? ☐ No ☑ Yes

Has the PERSON been violent in the recent past? ☑ No ☐ Yes. If yes, describe:

**Guardianship:**

1) Does the PERSON have a legal guardian? ☑ No ☐ Yes

2) Is there a pending petition to determine the PERSON'S capacity and for the appointment of a guardian?

☑ No ☐ Yes

If YES to either of the above, provide the name, address and phone number of the current or proposed guardian.

Name: Phone: ( )

Address: City: ST: Zip:

Physician Name: NA Phone: ( )

Medications: Provide name of medications, if known.
NA

Case Management: Provide name and phone number of case manager or case management agency, if known.

I understand that this sworn statement is given under oath and will be treated as though it was made before a Judge in a court of law. I understand that any information in this sworn statement which is not to the best of my knowledge and done in good faith may expose me to a penalty for perjury and other possible penalties under the statutes of the State of Florida.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Affiant/Petitioner: Denise DiFusco

SWORN TO AND SUBSCRIBED before me this 26 day of November 2024, by Denise Margret DiFusco who is personally known to me or presented C.T. DL as identification.

______________________

Notary Public – State of Florida
My commission expires: __________

OR

SWORN TO AND SUBSCRIBED before me this 26th day of November 2024.

LAURA E. ROTH

CLERK OF THE CIRCUIT COURT

By: C. Thomas
Deputy Clerk

/s/ C.Thomas

A copy of this petition must be attached to an Ex Parte Order for Involuntary Examination and accompany the person to the nearest receiving facility.



TEMU TEMU ••• 4G 38% 9:16 AM

Joey

Sunday • 11:46 PM

You are the very definition of worthless. I pray that you burn in Hell for all eternity for all you've done to everyone. The world will be a better place without If it weren't for bad workout no look at allyou in it. I'm rid of her thank you but guys thank you thank you for delivering me from the evil that is called Denise.

Oops, recorded my "Thank you, World", lolz

" I love you".
Lolz how would evil know what love is?

You can throw Lilah out the window; just make sure my stereo is okay.

8:00 AM

Text message

37% 9:15 AM

Joey

Sunday • 9:40 PM

You have abandon H a v eed me for the very last time. You have 5 minutes to call me back, or I will never speak to you for as long as I live. This i solemnly swear.

Well thank you Denise thank you for Showing me your true colors I should have known you are just a fucking failure I wish you no success You don't deserve it

You are going to curse your life. That is what I now see so clearly. And you, princess, YOU have sentence your own children to Hell. We couldn't be any different. I have shiny armor, and you are coated with slim-

Text message

37% 9:16 AM

Joey

Hahaha The United States government Is acting on behalf of my children You are nothing more than a uterus to those children that's all you've ever been and not even a good uterus she's going to take my son and my daughter away from you and I'm going to move Heaven and Earth to make sure you two are in prison for child endangerment goodbye you piece of worthless garbage

Sunday • 11:46 PM

You are the very definition of worthless. I pray that you burn in Hell for all eternity for all you've done to everyone. The world will be a better place without If it weren't for bad workout no look at [illegible]u in it. I'm rid of her thank you bu[illegible]ys thank you

Text message

38% 9:16 AM

Joey

8:00 AM

No. My children deserve so much better. You and that yawning evil will be exposed. I will root out evil and expose you to the light of day.
I'm so sorry you chose this path

I hope you understand my job now





Text message

38% 9:16 AM

Joey



9:10 AM

You've been exposed before the entire planet.
You should contact me. Prison will destroy you, and you're on your way.

I shone a local light on you and your aunt too.
Literally the entire planet is going to know everything. They already know about the rape, and that you brought her back to him.

Text message

16% 2:39 PM

Joey

I'm sorry, daddy, but I'm scared of you. I love you so much, but you said you would kill us if you had to. I am safe, sleeping, and eating. I just want you to get help. This isnt you, daddy.

Listen, you don't have to ever see me again if you don't want to.

But I need to know at least where you are and who you are with. If it's the aunt at the apartment, you are not at ALL safe!@! I. Moving heaven and each to make you safe. Please help me to not drop dead of fear. I know nothing at this point, not even if this is you.

If your answer s don't satisfy me, and right now. I won't even answer your

Text message

17% 2:39 PM

Joey

10:43 AM

Hi daddy, I'm alive and safe. I love you very much.

Lilah, where? Until I know all I need to know, I'm going to continue the viral spread until your mother and aunt are arrested. Police and government are waiting for a word from you. Tell me, my love, and I will rescue you right now

They will never leave prison, ever, unless you let us help you

Install Family Locator to never worry about each other (https://familylocator.onelink.me/IdoY/o7p9oicu). Here`s the invitation code to my group - 3LD UW1E7

Text message

16% 2:39 PM

Joey

nothing at this point, not even if this is you.

If your answer s don't satisfy me, and right now. I won't even answer your texts. I'll just finish tracking you and have you picked up by whoever gets there first

Haha! Get help. Mental health? Listen, if you actually think I'm crazy, then we have nothing further to discuss.
Goodbye!

Goodbye, lilah.
I do love you, but you're lost to me now. I can't help you. I must forget about you now.
Goodbye my love, goodbye

12:16 PM

Text message