Exhibit C

Joseph’s 911 call of November 28, 2024.

https://drive.google.com/file/d/1OqFhwpLgqAwXrwKkYpCes1zpTVZCRxGX
/view?usp=drive_link